IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC MARTIN,

     Plaintiff,                       No. CIV S-07-0863 GEB KJM P

    vs.

COUNTY OF SACRAMENTO, et al.,

     Defendants.              ORDER

_____/

        Plaintiff is proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff has filed a motion asking that defendant Painter be held in default. However, the time for defendant Painter to file his response to plaintiff's complaint has not yet passed. See docket entry #23. Therefore, plaintiff's motion (docket #24) is denied.

DATED: April 1, 2008.

                                     U.S. MAGISTRATE JUDGE

1
mart0863.def