IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC MARTIN,

      Plaintiff,                                          No. 2:07cv0863-FCD-JFM (PC)

    vs.

COUNTY OF SACRAMENTO, et al.,

      Defendants.                                   ORDER

_____/

         Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On June 19, 2008, plaintiff filed an opposition to defendants' notice of taking plaintiff's deposition.  Plaintiff claims defendants failed to first obtain leave of court before noticing an incarcerated person's deposition.  (Id.)

         However, by order filed May 30, 2008, defendants were granted authorization to depose plaintiff:

> Pursuant to Federal Rule of Civil Procedure 30(a), defendants may depose plaintiff and any other witness confined in a prison upon condition that, at least fourteen days before such a deposition, defendants serve all parties with the notice required by Fed. R. Civ. P. 30(b)(1). . .

(May 30, 2008 Discovery Order at 2.)  Plaintiff is cautioned that the Federal Rules of Civil Procedure require plaintiff to cooperate in the discovery process.  Plaintiff's failure to make himself available for deposition may result in the dismissal of this action.

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's June 19, 2008 opposition
2 is overruled; plaintiff's deposition shall proceed as noticed unless all parties stipulate otherwise.
3 DATED: June 20, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001; mart0863.dep