IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC MARTIN,

        Plaintiff,               No. 2:07-cv-0863 GEB JFM (PC)

   vs.

COUNTY OF SACRAMENTO
BOARD OF SUPERVISORS, et al.,

        Defendants.          <u>ORDER</u>

                                 /

        Plaintiff has renewed his request for the appointment of counsel.[1] The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

---

[1] Plaintiff's initial request for the appointment of counsel was denied by order filed February 8, 2008.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's May 7, 2008 and August 1, 2008 requests for the appointment of counsel are denied. (Docket Nos. 33 & 66.)

DATED: August 5, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

001; mart0863.31