IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC MARTIN,

     Plaintiff,                              No. CIV S-07-0863 FCD JFM P

     vs.

COUNTY OF SACRAMENTO, et al.,

     Defendants.                      <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983. On October 2, 2008, plaintiff filed a request for a sixty day extension to file pretrial motions. On October 9, 2008, defendants moved to modify the scheduling order to extend the time for filing dispositive motions. Good cause appearing, these requests will be granted. In light of this extension, the pretrial conference and trial dates will be vacated and will be reset, if appropriate, upon resolution of the pretrial motions.[1]

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 2, 2008 request (docket no. 84) is granted;

---

[1] Pursuant to this court's scheduling order, "pretrial motions" does not include discovery motions. Discovery closed on August 22, 2008. (May 30, 2008 Order.)

1

2.  Defendants' October 9, 2008 motion (docket no. 86) is granted;

3.  The pretrial motions deadline is extended to December 17, 2008;

4.  The February 5, 2009 pretrial conference is vacated; and

5.  The May 5, 2009, jury trial set for May 5, 2009, at 9:00 a.m. before the Honorable Frank C. Damrell, Jr., is vacated.

DATED: October 14, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

001;mart0083.inf