IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC MARTIN,

     Plaintiff,                 No. 2:07-cv-0863 FCD JFM (PC)

     vs.

COUNTY OF SACRAMENTO, et al.,

     Defendants.           REVISED SCHEDULING ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983.  On October 29, 2008, plaintiff filed a motion to reopen discovery for newly-added parties.  Good cause appearing, plaintiff's request will be granted.  Discovery shall be reopened as to the newly-added parties;[1] discovery shall close on February 27, 2009. The Clerk of the Court will be directed to re-serve a copy of the May 30, 2008 Discovery Order (docket no. 43) on all parties.  In light of the extension of the discovery period, the pretrial motions deadline will also be continued from December 17, 2008 to April 24, 2009.  As noted in the October 14, 2008 order, the pretrial conference and trial dates will be reset, if appropriate, upon resolution of the pretrial motions.

_____

     [1] Discovery may only be propounded by and between plaintiff and newly-added defendants McDermott, Severance, Hopkins and the Sacramento County Board of Supervisors.

1

1     In addition, on October 31, 2008, plaintiff filed a motion to appoint an impartial

2  expert to assist the court.  Because the discovery period is being reopened, plaintiff's motion is

3  premature and will be denied without prejudice to its renewal at the time he files his pretrial

4  statement prior to the pretrial conference.

5           Accordingly, IT IS HEREBY ORDERED that:

6           1.  Plaintiff's October 29, 2008 motion to reopen discovery for newly-added

7  parties is granted.  (Docket No. 91.)

8           2.  Discovery is reopened solely as to newly-added parties; discovery shall close

9  on February 27, 2009.

10          3.  The pretrial motions deadline is continued from December 17, 2008 to April

11  24, 2009.

12          4.  The Clerk of the Court is directed to re-serve a copy of the May 30, 2008

13  Discovery Order (docket no. 43) on all parties.

14          5.  Plaintiff's October 31, 2008 motion to appoint an impartial expert to assist the

15  court is denied without prejudice.  (Docket No. 92.)

16  DATED:  November 17, 2008.

17

18  _____
    UNITED STATES MAGISTRATE JUDGE

19

20  001; mart0863.reo

21

22

23

24

25

26

2