IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC MARTIN,

        Plaintiff,                        No. 2:07-cv-0863 FCD JFM P

    vs.

COUNTY OF SACRAMENTO, et al.,

        Defendants.                    ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983.  On November 18, 2008, this court granted plaintiff's motion to reopen discovery.  The pretrial motions deadline was continued to April 24, 2009.  The pretrial conference and jury trial dates were previously vacated and will be reset following resolution of the parties' dispositive motions.

        On October 31, 2008, plaintiff filed a motion to appoint an expert and on November 12, 2008, plaintiff filed a motion for court order to obtain the attendance of incarcerated witnesses.  These motions are premature in light of the reopening of discovery and the extension of the pretrial motions deadline.  Plaintiff's motions will be denied without prejudice to their renewal at the time plaintiff's pretrial statement is filed.  Once this action is

1

1  rescheduled for pretrial conference and trial, plaintiff will be given a date by which his pretrial
2  statement and accompanying motions are due.  Plaintiff shall refrain from filing any pretrial or
3  trial documents or exhibits until required by court order which shall issue after resolution of
4  pretrial motions.
5              Accordingly, IT IS HEREBY ORDERED that:
6              1.  Plaintiff's October 31, 2008 motion (#92) is denied without prejudice; and
7              2.  Plaintiff's November 12, 2008 motion (#93) is denied without prejudice.
8  DATED:  December 2, 2008.

UNITED STATES MAGISTRATE JUDGE

12  001;mart0083.mots