UNITED STATES DISTRICT COURT  EASTERN DISTRICT

OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| ERIC MARTIN<br><br>  Plaintiff<br><br>v.<br><br>SACRAMENTO COUNTY BOARD OF SUPERVISORS, et al.<br><br>  Defendants. | CASE NO. 2:07-CV-00863 FCD JFM P<br><br>ORDER REGARDING DEFENDANT SACRAMENTO COUNTY BOARD OF SUPERVISOR'S FIRST REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS, SETS THREE THROUGH TWENTY-FIVE<br><br>Date Complaint Filed: May 7, 2007<br>First Amended Complaint: July 31, 2008<br>Trial Date: None |

Defendant County Board of Supervisors requests an extension of time to respond to Plaintiff's Request for Production of Documents to Sacramento County Board of Supervisors, Sets Three through Twenty-five was considered by this Court, and good cause appearing:

IT IS ORDERED that Defendant County Board of Supervisors is granted an extension of time of two weeks, to and including January 29, 2009, to respond to Plaintiff's Request for Production of Documents to Sacramento County Board of Supervisors, Sets Three through Twenty-five.

Dated:  January 21, 2009.

UNITED STATES MAGISTRATE JUDGE

/001; mart0863.ext