VAN LONGYEAR, CSB NO. 84189
JENNIFER MARQUEZ, CSB NO. 232194
AMANDA BUTTS, CSB No. 253651
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendant Sacramento County Board of Supervisors;
Deputy Pederson; Deputy Painter; Deputy Kacalek; Deputy Kearsing

**UNITED STATES DISTRICT COURT  EASTERN DISTRICT**

**OF CALIFORNIA SACRAMENTO DIVISION**

| | |
|---|---|
| ERIC MARTIN<br><br>Plaintiff<br><br>v.<br><br>SACRAMENTO COUNTY BOARD OF SUPERVISORS, et al.<br><br>Defendants. | **CASE NO. 2:07-CV-00863 FCD JFM P**<br><br>**EXHIBITS IN SUPPORT OF DEFENDANT SACRAMENTO COUNTY BOARD OF SUPERVISORS, JULIE PEDERSON, BRIAN PAINTER, RYAN KACALEK AND JASON KEARSING'S MOTION FOR SUMMARY JUDGMENT**<br><br>**The Honorable Frank C. Damrell** |

Defendants County of Sacramento Board of Supervisors, Julie Pederson, Brian Painter, Ryan Kacalek and Jason Kearsing hereby submit the following exhibits in support of their motion for summary judgment:

    A.    Declaration of John O'Shaughnassy;

    B.    Declaration of Julie Pederson;

    C.    Omitted - Does Not Exist;

    D.    Deposition of Eric Martin;

    E.    Declaration of Charles Meyers, Ph.D.;

    F.    Declaration of Michael Vitacco, Ph.D.;

G. Jail Psychiatric Records - JPS;

H. First Amended Complaint;

I. Agreement with Regents of The University of California for Jail Psychiatric Services For Fiscal year 2005-2006;

J. Declaration of Ryan Kacalek;

K. Declaration of Brian Painter;

L. "Suicide Risk" Information Pocket Card;

M. Declaration of Jason Kearsing;

N. UC Davis Medical Records;

O. Sacramento County Sheriff's Department Records;

P. Declaration of Lt. Chet Madison, Jr.

Dated: April 24, 2009      LONGYEAR, O'DEA & LAVRA, LLP


By:   /s/ Amanda Butts
       VAN LONGYEAR
       AMANDA BUTTS
       Attorneys for Defendants,
       Sacramento County Board of Supervisors;
       Deputy Pederson; Deputy Painter; Deputy Kacalek;
       Deputy Kearsing

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

# PROOF OF SERVICE

**CASE NAME:** *Martin v. Sacramento County Board of Supervisors, et al.*

**CASE NO.:** **2:07-CV-00863 FCD JFM**

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 3620 American River Dr. Suite 230, Sacramento, CA 95864.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On April 24, 2009, I served the following:

**EXHIBITS IN SUPPORT OF DEFENDANT SACRAMENTO COUNTY BOARD OF SUPERVISORS, JULIE PEDERSON, BRIAN PAINTER, RYAN KACALEK AND JASON KEARSING'S MOTION FOR SUMMARY JUDGMENT**

XX  United States Mail - on all parties in said action by placing a true copy of the above-described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

**Plaintiff In Pro Per**:

Eric D. Martin
F-93919
P.O. Box 20 - K-#247
Tracy, CA 95378-0600

XX  FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 24, 2009, at Sacramento, California.

                                        /s/M.Sauvain
                                Employee of Longyear, O'Dea and Lavra

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510