IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC MARTIN,

       Plaintiff,                  No. 2:07-cv-0863 FCD JFM P

    vs.

COUNTY OF SACRAMENTO, et al.,

       Defendants.            ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983. On April 22, 2009, plaintiff filed a number of motions and requests related to trial in this matter. However, on October 14, 2008, the pretrial conference and jury trial dates were vacated. Also, defendants have filed two motions for summary judgment. Thus, plaintiff's filings are premature and will be denied without prejudice to their renewal, if appropriate, after resolution of the pending motions for summary judgment. At that time, the court will issue a revised scheduling order providing for the filing of pretrial motions and requests. Plaintiff's proposed voir dire and pretrial statement will be placed in the court file and disregarded.

/////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's April 22, 2009 motion to
2 produce witnesses (#125), motion to appoint expert (#127), and motion to produce witnesses
3 (#128) are denied.
4 DATED: May 5, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

001;mart0863.too