IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC D. MARTIN,

        Plaintiff,              No. 2:07-cv-0863 FCD JFM (PC)

   vs.

COUNTY OF SACRAMENTO, et al.,

        Defendants.       <u>ORDER</u>

                              /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 19, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 19, 2010 are adopted in full;

2. Summary judgment be granted as to defendants McDermott, Severance, Pederson, Painter, Kacalek, Kearsing and Sacramento County Board of Supervisors; and

3. Summary judgment be denied as to defendants Sokolov and Hopkins.

DATED: March 19, 2010.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE