IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC D. MARTIN,

      Plaintiff,                No. 2:07-cv-0863 FCD JFM (PC)

    vs.

COUNTY OF SACRAMENTO, et al.,

      Defendants.         <u>ORDER</u>

            Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On December 13, 2010, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on January 18, 2008 and May 7, 2008. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's December 13, 2010 request is denied.

DATED: January 3, 2011.

                                    UNITED STATES MAGISTRATE JUDGE

/md014;mart0863.31.thr