IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC D. MARTIN,

        Plaintiff,　　　　　　　　No. 2:07-cv-0863 FCD JFM (PC)

  vs.

COUNTY OF SACRAMENTO, et al.,

        Defendants.　　　　　　　　<u>ORDER</u>

_____/

      It appears to the court that the above-captioned case has been settled. In accordance with the provisions of Local Rule 160, the court now orders that the dispositional documents be filed on or before April 4, 2011.

      All previously set dates in this matter are hereby vacated.

      FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.

      IT IS SO ORDERED.

DATED: February 9, 2011.

                                        UNITED STATES MAGISTRATE JUDGE

/014;mart0863.1045C

1